AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 28 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Pedro Escalera-Reyes

**CRIMINAL COMPLAINT**

Case Number: M-16-1227-M

IAE    YOB: 1962
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 27, 2016__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Pedro Escalera-Reyes was encountered by Border Patrol Agents near Roma, Texas on June 27, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 27, 2016, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 22, 2015, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 19, 1999, the defendant was convicted of 8 USC 1324 Bringing in and Harboring Aliens and sentenced to nine (9) months confinement and three (3) years supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by

Sworn to before me and subscribed in my presence,

June 28, 2016

Peter E. Ormsby                , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Complainant**
Adan De Los Santos    Senior Patrol Agent

**Signature of Judicial Officer**